IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

EARL DWIGHT REVELS, )
)
Petitioner, )
)
v. ) 1:12CV976
) 1:08CR45-1
UNITED STATES OF AMERICA, )
)
Respondent. )

ORDER

On July 20, 2015, the United States Magistrate Judge's Recommendation was filed and notice was served on Petitioner pursuant to 28 U.S.C. § 636. Petitioner filed objections [Doc. #64] to the Recommendation within the time limit prescribed by Section 636. The Court has reviewed Petitioner's objections *de novo* and finds they do not change the substance of the United States Magistrate Judge's Recommendation [Doc. #62], which is affirmed and adopted. IT IS THEREFORE ORDERED that Respondent's Motion to Dismiss [Doc. #44] is GRANTED, that Petitioner's Motion [Doc. #39] and Amended Motion [Doc. #40] to vacate, set aside, or correct sentence, as supplemented, are DISMISSED, and this action is DISMISSED, and that, finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a

certificate of appealability is DENIED.

This the 2nd day of September, 2015.

                                                /s/ N. Carlton Tilley, Jr.
                                    Senior United States District Judge